# EXHIBIT A

**THE LAW OFFICES OF RAMON A. CAMEJO, P.C.**
Ramon A. Camejo (Attorney ID No.: 008362006)
110 Elmora Avenue
Elizabeth, New Jersey 07202
Telephone No.: (908) 469-4666
Facsimile No.: (908) 345-6140
Attorneys for Plaintiff, Junior Abreu and Maribel Abreu

| | |
|---|---|
| JUNIOR ABREU AND MARIBEL ABREU, his Wife,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLIE L. MAGNUM, UNITED STATES POST OFFICE, STATE OF NEW JERSEY, JOHN DOES 1-10 and ABC CORPORATIONS 1-10 (said names being fictitious designations),<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: UNION COUNTY<br>DOCKET NO.: UNN-L-<br><br>Civil Action<br><br>COMPLAINT, JURY DEMAND AND DEMAND FOR DISCOVERY |

The plaintiffs Junior Abreu and Maribel Abreu, (sometimes hereinafter referred to "Mr. Abreu", Mrs. Abreu" or collectively as the "Plaintiffs"), by and through their attorneys, The Law Offices of Ramon A. Camejo, P.C., by way of complaint against the defendants, Charlie L. Magnum, United States Post Office, State of New Jersey, John Does 1-10, and ABC Corporations 1-10, (sometimes hereinafter collectively referred to as the "Defendants"), say the following:

### FIRST COUNT

1.  Plaintiffs, Junior Abreu and Maribel Abreu, are individuals residing in the City of Rahway, County of Union and State of New Jersey.

2.  Upon information and belief, defendant, Charlie L. Magnum, is an individual residing in 300 South 11th Street, the City of Newark, County of Essex and State of New Jersey.

3.  Upon information and belief, defendant, United States Post Office, is a business, partnership, corporation, and/or other legal entity having its principal place of business at 123 East Milton Avenue, Rahway, New Jersey 07065.

4. Upon information and belief, defendant, State of New Jersey, is a business, partnership, corporation, and/or other legal entity having its principal place of business at P.O. Box 080, Trenton, New Jersey 08625.

5. Defendants, John Does 1-10, are individuals who owned and/or operated the vehicles involved in the within accident and/or are other individuals not yet identified. Defendants, John Does 1-10, are fictitious names pleaded as defendants' true identities which are unknown to the Plaintiffs at this time.

6. Defendants, ABC Corporations 1-10, are the fictitious names of businesses, partnerships, corporations, and/or other legal entities which are or may be liable to the Plaintiffs, but their identities are not yet known.

7. John Does 1-10 and ABC Corporations 1-10, may be the true owners, operators, lessors, lessees, agents, servants, employers, employees and/or any other persons or entities with an interest in the subject vehicles and/or the accident in question.

8. On or about Thursday, April 28, 2016, Plaintiff, Junior Abreu, sustained severe and permanent bodily injuries when he was involved in a collision proximately caused by the Defendants' negligence. Specifically, on the aforementioned date, Mr. Abreu was stopped in traffic at the intersection of E. Hazelwood Avenue and Lawrence Street, in Rahway, New Jersey, when he was rear-ended by a postal truck owned by the United States Post Office and operated by defendant, Charlie L. Magnum. Defendant Magnum advised officers on the scene that the postal truck malfunctioned and caused the collision.

9. The Defendants operated their vehicles in such a wanton, willful and/or reckless, careless and/or negligent manner so as to cause an incident wherein Mr. Abreu was injured.

10. As a direct and proximate cause of the Defendants' wanton, willful and/or reckless, negligence and/or carelessness, Mr. Abreu sustained severe, painful and permanent bodily injuries.

11. As a result of the accident, Mr. Abreu was jolted in his seat and thrown about the inside his vehicle and suffered severe, painful and permanent bodily injuries which have caused him great pain and suffering, requiring extensive medical treatment and causing him to incur substantial medical bills; incapacitated him from pursuing his usual employment and other activities; and have left him with permanent disabilities which will cause him to incur further medical bills and which will in the future similarly incapacitate him.

## SECOND COUNT

1. The Plaintiffs repeat and reiterate the allegations contained in the First Count of the Complaint, as if set forth verbatim and at length herein.

2. At time of said collision, the defendant, Charlie L. Magnum, was acting as an agent, servant and/or employee of the defendant, United States Post Office, and was at all times acting within the course and scope of her employment.

3. Defendant, United States Post Office, is vicariously liable for the defendant, Magnum's negligence and/or carelessness in causing the accident.

## THIRD COUNT

1. The Plaintiffs repeat and reiterate the allegations contained in the First and Second Counts of the Complaint, as if set forth verbatim and at length herein.

12. Upon information and belief, the defendant, United States Post Office, is a business, partnership, corporation, and/or other legal entity with an office located at 123 East Milton Avenue, Rahway, New Jersey 07065.

2. Upon information and belief, the defendant, United States Post Office, bound coverage for the aforementioned bus postal vehicle.

3. The aforementioned vehicle, while insured by the defendant, United States Post Office, was involved in an incident wherein Mr. Abreu was injured.

4. Defendant, United States Post Office, was notified regarding the incident and is obligated to provide coverage for the incident.

## FOURTH COUNT

1. The Plaintiffs repeat and reiterate the allegations contained in the First, Second and Third Counts of the Complaint, as if set forth verbatim and at length herein.

2. On or about July 27, 2016, Mr. Abreu served a Notice of Claim for his damages in the form prescribed by N.J.S.A. 59:8-4, by delivering the same via certified mail, return receipt requested to the Defendants.

3. More than six months have passed since the service of Mr. Abreu's Notice of Claim and Mr. Abreu's claim remains unsatisfied.

## FIFTH COUNT

1. The Plaintiffs repeat and reiterate the allegations contained in the First, Second, Third and Fourth Counts of the Complaint, as if set forth verbatim and at length herein.

2. The plaintiff, Maribel Abreu, is the wife of the plaintiff, Junior Abreu.

3. As a result of the injuries suffered by Mr. Abreu, as aforesaid, Mrs. Abreu has suffered the loss of usual services and consortium of her husband.

WHEREFORE, the plaintiffs, Junior Abreu and Maribel Abreu, demand judgment against the defendants, Charlie L. Magnum, United States Post Office, State of New Jersey, John Does 1-10 and ABC Corporations 1-10, jointly and severally, for:

    (a) Compensatory damages;

    (b) Prejudgment interest;

    (c) Post judgment interest;

    (d) Attorney's fees;

    (e) Costs of suit; and

(f) Any other relief which the Court deems equitable and just.

THE LAW OFFICES OF RAMON A. CAMEJO, P.C.

BY: _____
RAMON A. CAMEJO
Attorneys for Plaintiffs

## JURY DEMAND

Plaintiff hereby demands trial by jury as to all issues in the above matter.

THE LAW OFFICES OF RAMON A. CAMEJO, P.C.

BY: _____
RAMON A. CAMEJO
Attorneys for Plaintiffs

## DESIGNATION OF TRIAL COUNSEL

Pursuant to R. 4:5-1(c), Ramon A. Camejo, Esq., is hereby designated trial counsel.

THE LAW OFFICES OF RAMON A. CAMEJO, P.C.

BY: _____
RAMON A. CAMEJO
Attorneys for Plaintiffs

## DEMAND FOR INTERROGATORY ANSWERS

Pursuant to R. 4:17-1 (b) (ii), the Plaintiff hereby deman that all Defendants answer the uniform interrogatories listed in Form C and Form C(1) of Appendix II of the Rules of Court.

THE LAW OFFICES OF RAMON A. CAMEJO, P.C.

BY: _____
RAMON A. CAMEJO
Attorneys for Plaintiffs

Dated: April 27, 2018

## CERTIFICATION OF NO OTHER ACTIONS
## PURSUANT TO R. 4:5-1(b)(2)

I hereby certify that the matter in controversy is not the subject of any other action pending in any Court or of a pending arbitration proceeding. I further certify that I have no knowledge of any contemplated action or arbitration proceeding which is the subject matter of this action and that I am not aware of any other parties who should be joined in this action.

THE LAW OFFICES OF RAMON A. CAMEJO, P.C.

BY: _____
RAMON A. CAMEJO
**Attorneys for Plaintiffs**

Dated: April 27, 2018

-6-

UNN-L-001500-18   04/27/2018 5:18:56 PM  Pg 1 of 1 Trans ID: LCV2018742819

# Civil Case Information Statement

### Case Details: UNION | Civil Part Docket# L-001500-18

**Case Caption:** ABREU JUNIOR VS MAGNUM CHARLIE
**Case Initiation Date:** 04/27/2018
**Attorney Name:** RAMON A CAMEJO
**Firm Name:** RAMON A. CAMEJO, P.C.
**Address:** 110 ELMORA AVENUE
ELIZABETH NJ 07202
**Phone:**
**Name of Party:** PLAINTIFF : Abreu, Junior
**Name of Defendant's Primary Insurance Company (if known):** Unknown

**Case Type:** AUTO NEGLIGENCE-PERSONAL INJURY (VERBAL THRESHOLD)
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Hurricane Sandy related?** NO
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

Do parties have a current, past, or recurrent relationship? NO

If yes, is that relationship:

Does the statute governing this case provide for payment of fees by the losing party? YES

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:


Do you or your client need any disability accommodations? NO
   If yes, please identify the requested accommodation:


Will an interpreter be needed? NO
   If yes, for what language:


I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

04/27/2018                                                          /s/ RAMON A CAMEJO
Dated                                                                                Signed